■ · In the Matter of Relocation Assistance Corporation, Petitioner, v. Harry B. Frank, as Justice of the Supreme Court, et al., Respondents. New York Urban Coalition, Inc., et al., Petitioners, v. Fred L. Wallace et al., Respondents.— Application of petitioner denied, the cross application granted, and the petition unanimously dismissed, without costs and without disbursements.

No opinion. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Eager, JJ.